# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  **CASE NO: 1:20cr40-AW/GRJ**

**LIN YANG**

_____/

## NOTICE OF LIS PENDENS
## RE: FORFEITURE

**GRANTEE**:   MIN LIU and LIN YANG, Wife and Husband

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of Title 28 United States Code, Section 1964, that on December 15, 2020, an Indictment was returned by a Grand Jury sitting in the Northern District of Florida, Gainesville Division, charging the above defendant, with violations of Title 18, United States Code, Sections 1343, 1001 and 2; in the Indictment, included a criminal forfeiture allegation forfeiting to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) all of the defendant's right, title and interest in the **Real property located**

1

at 17207 Talence Court, Tampa, Florida 33647 more particularly described as:

> Lot 7, Block 1, Tampa Palms Area 4 Parcel 23 Phase 1, according to the Plat thereof, recorded in Plat Book 89, Page(s) 46, of the Public Records of Hillsborough County, Florida.

**Property Appraiser's Parcel Identification (Folio) Number: A-22-27-19-5PX-000001-00007.0**

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 18, United States Code, Section 1963(i) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 18 United States Code, Section 1963(l).

Dated this 3rd day of February, 2021.

                                  Respectfully submitted,

                                  LAWRENCE KEEFE
                                  United States Attorney

                                  */s/ Stephen M. Kunz*
                                  STEPHEN M. KUNZ
                                  Assistant United States Attorney
                                  Florida Bar 0322415
                                  Northern District of Florida
                                  111 North Adams Street, 4th Floor
                                  Tallahassee, Florida 32301
                                  (850) 942-8430